UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ABRAHAM  CAMPOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-284 |
| | § | |
| JERILYNN  YENNE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Abraham Campos (TDCJ #00721237) filed a petition for a writ of habeas corpus asserting that the State withheld exculpatory evidence from him and that he was entitled to have certain pieces of evidence subjected to DNA testing under Chapter 64 of the Texas Code of Criminal Procedure. The Court dismissed the *Brady* claim without prejudice as an unauthorized successive habeas petition and recharacterized the request for DNA testing as a claim under 42 U.S.C. § 1983 (Dkt. 7). The Court then dismissed Campos's claim seeking DNA testing with prejudice as frivolous and for failure to state a claim upon which relief could be granted (Dkt. 13). *See* 28 U.S.C. § 1915(e)(2)(B). Campos appealed, and the Fifth Circuit dismissed the appeal as frivolous (Dkt. 26).

Two motions filed by Campos remain listed as pending. Those motions (Dkt. 20 and Dkt. 22), as well as any other motions pending in this case, are **DENIED**.

The Clerk of this Court shall send a copy of this Order to the parties.

SIGNED at Galveston, Texas, this 23rd day of January, 2018.

George C. Hanks Jr.
United States District Judge